IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00462-REB-MEH

WILDERNESS WORKSHOP,
HIGH COUNTRY CITIZENS' ALLIANCE,
WESTERN COLORADO CONGRESS,
WESTERN SLOPE ENVIRONMENTAL RESOURCE COUNCIL,
CENTER FOR BIOLOGICAL DIVERSITY, and
BOARD OF COUNTY COMMISSIONERS FOR PITKIN COUNTY,

    Plaintiffs,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, and
UNITED STATES FOREST SERVICE,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 12, 2008.**

    The Motion by SG Interests I, Ltd. for Leave to Intervene [filed March 11, 2008; doc #5] is **stricken** for failure to comply with D.C. Colo. LCivR 7.1A. The parties must be mindful of their obligations to comply fully with Rule 7.1A. *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (because Rule 7.1A requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail).