IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00462-REB-MEH

WILDERNESS WORKSHOP,
HIGH COUNTRY CITIZENS' ALLIANCE,
WESTERN COLORADO CONGRESS,
WESTERN SLOPE ENVIRONMENTAL RESOURCE COUNCIL,
CENTER FOR BIOLOGICAL DIVERSITY, and
BOARD OF COUNTY COMMISSIONERS FOR PITKIN COUNTY,

       Plaintiffs,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, and
UNITED STATES FOREST SERVICE,

       Defendants,

SG INTERESTS I, LTD.,

       Intervenor-Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 13, 2008.**

       The Unopposed Motion by SG Interests I, Ltd. for Leave to Intervene [filed March 13, 2008; doc #11] is **granted**.  This action is in its very early stages and none of the parties oppose the intervention; therefore, pursuant to Fed. R. Civ. P. 24(b), the Court finds that the intervention will neither unduly delay nor prejudice the adjudication of the rights of the original parties.