Date: April 17, 2008

Ginny Kramer, Courtroom Deputy
Suzanne Claar, Court Reporter

---

Civil Case No. 08-cv-00462-REB-MEH

| | |
|---|---|
| WILDERNESS WORKSHOP, | Andrew Hartsig |
| HIGH COUNTRY CITIZEN'S ALLIANCE, | Christopher Seldin |
| WESTERN COLORADO CONGRESS, | Robin Cooley |
| WESTERN SLOPE ENVIRONMENTAL RESOURCE COUNCIL, | |
| CENTER FOR BIOLOGICAL DIVERSITY, and | |
| BOARD OF COUNTY COMMISSIONERS FOR PITKIN COUNTY, | |

    Plaintiffs,

v.

| | |
|---|---|
| UNITED STATES BUREAU OF LAND MANAGEMENT, | Beverly Li |
| UNITED STATES FOREST SERVICE, | Stephen Taylor |

    Defendants,

v.

| | |
|---|---|
| SG INTERETS I, LTD | L. Poe Leggette |

    Intervenor Defendant,

| | |
|---|---|
| HAROLD SHEPHERD, | Pro Se |

    Interested Party.

---

### COURTROOM MINUTES - PRELIMINARY INJUNCTION HEARING

---

**1:32 p.m.**    Court in session.

Appearances of counsel.

Opening statements by the court.

Discussion as to the Intervenor Defendant's Motion to Dismiss *for Failure to Exhaust Administrative Remedies* [#16], filed March 26, 2008.

Argument by Mr. Leggette, for Intervenor Defendant SG Interets I, Ltd., as to their Motion to Dismiss *for Failure to Exhaust Administrative Remedies.*

Argument by Mr. Hartsig, for the Plaintiff, Wilderness Workshop.

Rebuttal argument by Mr. Leggett.

Discussion as to the Plaintiff's Motion for Preliminary Injunction [#15], filed March 20, 2008.

**It is ORDERED:**

    1.    That the parties' stipulated agreement regarding Preliminary Injunction Hearing [#34], filed April 15, 2008, is accepted and approved.

    2.    That the parties discrete stipulation and agreements as presented in their stipulated agreement are accepted, approved and ordered implemented for the purposes of this hearing.

Argument by , Ms. Cooley, as to the Plaintiff's Motion for Preliminary Injunction [#15] filed March 20, 2008.

Argument by Ms. Li, for the Federal Defendants.

Argument by Mr. Leggett, for the Intervenor Defendant.

Rebuttal by Ms. Cooley, for the Plaintiffs.

Argument by Mr. Selding, for the Plaintiffs.

**It was ORDERED:**

    1.    That the Plaintiff's Motion for Preliminary Injunction [#15] filed March 20, 2008, is **taken under advisement.**

2. That Intervenor Defendant SG Interets I, Ltd., Motion to Dismiss *for Failure to Exhaust Administrative Remedies* [#16] filed March 26, 2008, is **taken under advisement.**

**3:15 p.m.      Court in recess.**
*Total court time: 1 hour and 43 minutes - hearing concluded*