IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-00462-REB-MEH

WILDERNESS WORKSHOP,
HIGH COUNTRY CITIZENS' ALLIANCE,
WESTERN COLORADO CONGRESS,
WESTERN SLOPE ENVIRONMENTAL RESOURCE COUNCIL,
CENTER FOR BIOLOGICAL DIVERSITY, and
BOARD OF COUNTY COMMISSIONERS FOR PITKIN COUNTY,

    Plaintiffs, and

HAROLD SHEPHERD,

    Intervenor-Plaintiff,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, and
UNITED STATES FOREST SERVICE,

    Defendants, and

SG INTERESTS, I, LTD.,

    Intervenor-Defendant.

## AMENDED ORDER OF DISMISSAL

**Blackburn, J.**

    The matter comes before the court *sua sponte* to amend the **Order of Dismissal** [#84] which was entered improvidently on August 7, 2008. After reviewing the plaintiffs' **Stipulation of Dismissal** [#83] filed August 7, 2008, and the CM/ECF file, the court concludes that only the claims of the plaintiffs should be dismissed with prejudice. The claims of the intervenor-plaintiff remain pending.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiffs' **Stipulation of Dismissal** [#83] filed August 7, 2008, is **APPROVED**;

2. That the plaintiffs' claims against the defendants and intervenor-defendant are **DISMISSED WITH PREJUDICE**;

3. That the claims of the intervenor-plaintiff remain pending; and

4. That the court's **Order of Dismissal** [#84] entered August 7, 2008, is **AMENDED** accordingly.

Dated August 8, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**