**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-00462-REB-MEH

WILDERNESS WORKSHOP,
HIGH COUNTRY CITIZENS' ALLIANCE,
WESTERN COLORADO CONGRESS,
WESTERN SLOPE ENVIRONMENTAL RESOURCE COUNCIL,
CENTER FOR BIOLOGICAL DIVERSITY, and
BOARD OF COUNTY COMMISSIONERS FOR PITKIN COUNTY,

    Plaintiffs, and

HAROLD SHEPHERD,

    Intervenor-Plaintiff,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, and
UNITED STATES FOREST SERVICE,

    Defendants, and

SG INTERESTS, I, LTD.,

    Intervenor-Defendant.

---

## MINUTE ORDER[1]

    The matter comes before the court on the **Federal Defendants' Motion For Leave To File Further Objections To Recommendation on Motion To Intervene** [#91] filed October 9, 2008. The motion is **GRANTED**, and the **Federal Defendants' Further Objections To Recommendation on Motion To Intervene**, is accepted for filing.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

**IT IS FURTHER ORDERED** that if plaintiffs and the intervenor-defendant whish to file a response to the federal defendants' further objections, they may file their response on or before **October 29, 2008**.  Any response shall be limited to five (5) pages.

Dated:  October 16, 2008