**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-00462-REB-MEH

WILDERNESS WORKSHOP,
HIGH COUNTRY CITIZENS' ALLIANCE,
WESTERN COLORADO CONGRESS,
WESTERN SLOPE ENVIRONMENTAL RESOURCE COUNCIL,
CENTER FOR BIOLOGICAL DIVERSITY, and
BOARD OF COUNTY COMMISSIONERS FOR PITKIN COUNTY,

    Plaintiffs, and

HAROLD SHEPHERD,

    Intervenor-Plaintiff,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, and
UNITED STATES FOREST SERVICE,

    Defendants, and

SG INTERESTS, I, LTD.,

    Intervenor-Defendant.

## ORDER CLOSING CASE

**Blackburn, J.**

    This matter is before me on **Harold Shepherd's Motion To Dismiss Motion To Intervene** [#99][1] filed June 24, 2009, and the order of the magistrate judge [#101] granting that motion.

    On August 8, 2008, I entered an order [#86] dismissing with prejudice the

---

[1] "[#99]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

plaintiffs' claims against the defendants and the intervenor-defendant.  I noted in that order that the claims of the intervenor-plaintiff, Harold Shepherd, remained pending.  The magistrate judge issued a recommendation [#47] in which he recommended that Shepherd's motion to intervene be granted.  The defendants filed objections [#61, #64, & #93] to the recommendation.  Those objections remain pending.  Harold Shepherd now has withdrawn his motion to intervene and, necessarily, has withdrawn his claims.

All claims asserted by all other parties in this case previously have been dismissed.  With the withdrawal of Harold Shepherd as an intervenor-plaintiff, all claims in this case have been dismissed.  Therefore, this case is closed.

**THEREFORE, IT IS ORDERED** that this case is **CLOSED**.

Dated June 25, 2009, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge

2